UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| The Falkirk Mining Company, | Civil No. 1:24-cv-00040-DLH-CRH |
| Plaintiff, | |
| v. | |
| The United States Department of the Interior; Doug Burgum, in his official capacity as Secretary of Interior; the Bureau of Land Management; Bill Groffy, in his official capacity as Acting Director of the Bureau of Land Management; and Sonya Germann, in her official capacity as Director of the Bureau of Land Management Montana/Dakotas, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate and agree that all claims in this action may be dismissed without prejudice, each party to bear their own costs and fees.

Dated this 25th day of November, 2025.

    */s/ Wade C. Mann*
Wade C. Mann (ND #05871)
wmann@crowleyfleck.com
Zachary R. Eiken (ND #07832)
zeiken@crowleyfleck.com
CROWLEY FLECK PLLP
100 West Broadway Ave., Suite 250
P.O. Box 2798
Bismarck, ND 58502-2798
Phone: (701) 223-6585

Joshua B. Cook (ND #07067)
jcook@crowleyfleck.com
CROWLEY FLECK PLLP
490 North 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Phone: (406) 252-3441

*Attorneys for The Falkirk Mining Company*

Dated this 25th day of November, 2025.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

    */s/ Erik Van de Stouwe*
ERIK VAN DE STOUWE
Erik.Van.de.Stowe@usdoj.gov
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
United States Department of Justice
PO Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0247

*Attorneys for Defendants*